UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| BONNIE BURNS ) | |
| ) | *FILED ELECTRONICALLY* |
| PLAINTIFF, ) | |
| v. ) | CASE NO. 5:18-cv-00636-JMH |
| ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA, et al. ) | |
| ) | |
| DEFENDANTS. ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Bonnie Burns, Defendant, Life Insurance Company of North America ("LINA"), and Defendant Richmond Auto Parts Technology, Inc. Disability Plan, by their respective counsel, hereby stipulate to Plaintiff's voluntary dismissal of this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a). A proposed Order of Dismissal is tendered herewith, and in support of this notice and stipulation of dismissal, the parties state as follows:

1. Plaintiff Burns is voluntarily dismissing this action so that she may file a claim for long-term disability benefits with LINA and allow LINA the opportunity to administer that claim in accordance with the terms of the long-term disability insurance policy issued by LINA to her former employer, and the provisions of the Employee Retirement Income Security Act of 1974.

2. On February 1, 2019, Burns filed a notice that she voluntarily dismissed her claims against Defendant Richmond Auto Parts Technology, Inc. Disability Plan ("Richmond"), which, at that time, had not yet served an Answer or summary judgment motion. Later that same day, Richmond, being unaware that Burns had already filed her notice voluntarily dismissing her claims against it, filed and served its Answer to the Complaint for protective purposes. As indicated by the signatures of their respective counsel below, Burns and Richmond now stipulate

1

to dismissal of Plaintiff's claims against Richmond without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

3. Counsel for LINA have entered their appearance in this action, but LINA has not filed an Answer or summary judgment motion herein. Counsel for LINA have signed this stipulation signifying LINA's consent to Plaintiff's voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

/s/J. Gregory Joyner (by DAC with permission)
J. Gregory Joyner
JOYNER LAW OFFICES
2300 Hurstbourne Village Drive, Suite 700
Louisville, Kentucky 40299
greg@joynerlawoffices.com
*Counsel for Plaintiff, Bonnie Burns*

/s/David A. Calhoun
David A. Calhoun
Mitzi D. Wyrick
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898
dcalhoun@wyattfirm.com
mitziwyrick@wyattfirm.com
*Counsel for Defendant, Life Insurance Company of North America*

/s/Blaine R. Blood (by DAC with permission)
Benjamin J. Evans
Blaine R. Blood
BINGHAM GREENEBAUM DOLL LLP
3500 PNC Tower, 101 South Fifth Street
Louisville, Kentucky 40202
bevans@bgdlegal.com
bblood@bgdlegal.com
*Counsel for Richmond Auto Parts Technology, Inc. Disability Plan*

61800368.1